# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DA'MAURION TRAVELLE FLAND

NO. 2025 KW 1103

**DECEMBER 30, 2025**

---

In Re:  Da'Maurion Travelle Fland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 4448-F-2025, 4450-M-2025.

---

**BEFORE:  LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, any minute entries or other documentation, which would be necessary to review the claims raised in the instant writ application.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT